IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD GENE HORTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-06-1056-T |
| | ) |
| DAVID PARKER, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER AND JUDGMENT

This matter is before the Court for review of the Report and Recommendation entered November 27, 2006, pursuant to 28 U.S.C. § 636(b)(1). United States Magistrate Judge Valerie K. Couch recommends dismissal of the Petition as untimely pursuant to 28 U.S.C. § 2244(d). Petitioner has neither objected to the Report nor requested additional time to file an objection.

The Court finds Petitioner has waived further review of all issues addressed by Judge Couch. Also, based on a *de novo* review of the file, the Court finds Judge Couch's thorough analysis of the timeliness issues is entirely correct. Therefore, the Court adopts the Report and Recommendation [Doc. 15] in its entirety and grants Respondent's Motion to Dismiss [Doc. 11].

The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [Doc. 1] is DISMISSED as untimely. Judgment is entered in favor of the Respondent, Warden David Parker.

Dated this  8th  day of March, 2007.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE